**Dismiss; Opinion Filed January 24, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01361-CV

**ELIZABETH GROSSMAN, Appellant**
**V.**
**ALISON BRADLEY (INDIVIDUALLY AND AS A DIRECTOR OF THE HIGH HOLLOWS OWNERS ASSOCIATION), Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06321**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Carlyle

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated November 5, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated November 5, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated November 21, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten

days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

191361F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ELIZABETH GROSSMAN, Appellant

No. 05-19-01361-CV     V.

ALISON BRADLEY (INDIVIDUALLY AND AS A DIRECTOR OF THE HIGH HOLLOWS OWNERS, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-06321.
Opinion delivered by Justice Carlyle.
Justices Myers and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ALISON BRADLEY (INDIVIDUALLY AND AS A DIRECTOR OF THE HIGH HOLLOWS OWNERS recover her costs of this appeal from appellant ELIZABETH GROSSMAN.

Judgment entered this 24th day of January, 2020.